☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:   **Monica Cauley Johnson**                                             Case No. 18-29985

Debtors:                                                                                     Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**   (1)   **8913 Lindstrom Drive**                             (2)
**Cordova, TN 38016**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $   **2,450.00**                      (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ■ monthly, by:
☐ **PAYROLL DEDUCTION** From:                                          OR ( X ) DIRECT PAY

**Debtor(2)** shall pay $                                                        (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From:                                          OR (    ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]          ☐ YES     ■ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION            ☐ YES     ■ NO
   OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].        ☐ YES     ■ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ■ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                                     Monthly Plan Payment:

**None**        Paid by: ☐ Debtor(s) directly  ☐ Wage Assignment, **OR** ☐ Trustee to:
                ongoing payment begins                                                       $
                Approximate arrearage:

**5. PRIORITY CLAIMS:**

**-NONE-**                                          Amount                                   $

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ■ Paid by Trustee to:

**BSI**          ongoing payment begins    **January 1, 2019**                               $**1,265.00**
                 Approximate arrearage:    **52,489.17**           Interest   **0.00**       $**874.82**

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]       Value of Collateral:        Rate of Interest      Monthly Plan Payment:
**None**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]          Value of Collateral:        Rate of Interest      Monthly Plan Payment:
**-NONE-**                                                                                   $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                     Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- |  |  | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None                              ☐  Not provided for   OR   ☐  General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $0.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐       _____ %, OR,
■       THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                                          ☐  Assumes  OR  ☐  Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Ryan D. Rich                                                          Date  December 7, 2018                          .
Ryan D. Rich 32336
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)